### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC, an Ohio limited liability company, individually and as the representative of a class of similarly-situated persons,<br><br>        Plaintiff,<br>v.<br><br>DERMATOLOGISTS OF CENTRAL STATES, LLC, a Delaware limited liability company,<br><br>        Defendant. | Civil Action No. 1:22-cv-00449-DRC |

### ORDER GRANTING ADMISSION *PRO HAC VICE*

Upon review of Plaintiff's Motion for Admission *Pro Hac Vice* for Attorney Ryan M. Kelly, the Court hereby **GRANTS** the motion.

Attorney Ryan M. Kelly is granted leave to appear *pro hac vice* on behalf of Plaintiff.

**IT IS SO ORDERED.**


Dated: _____, 2022          _____
                                                            Hon.