IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC, an Ohio limited liability company, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> DERMATOLOGISTS OF CENTRAL STATES, LLC, an Ohio limited liability company, <br><br> Defendant. | Civil Action No. 1:22-CV-00449 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, SANDUSKY WELLNESS CENTER, LLC, hereby dismisses this action with prejudice as to Plaintiff's individual claims, without prejudice as to class allegations, each party to bear its own costs.

Respectfully submitted,

SANDUSKY WELLNESS CENTER, LLC

/s/ Matthew E. Stubbs
Matthew E. Stubbs – Ohio Bar #0066722
MONTGOMERY JONSON LLP
600 Vine Street, Suite 2650
Cincinnati, OH 45202
Telephone: 513-241-4722 / Fax: 513-786-9227
mstubbs@mojolaw.com

Ryan M. Kelly (*admitted pro hac vice*)
ANDERSON + WANCA
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
rkelly@andersonwanca.com

/s/ *Lisa A. Messner*
Lisa A. Messner (0074034), Trial Attorney
Mac Murray & Shuster, LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
614-939-9955, 614-939-9954 - fax
lmessner@mslawgroup.com

*Attorney for Defendant,*
*Dermatologists of Central States, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2022, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Matthew E. Stubbs

2